UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHELIA M. BOLAR, | |
|---|---|
| Plaintiff, | Case No. 20-cv-07748-HSG |
| v. | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DISMISS COMPLAINT WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |
| MISSION INN, et al., | |
| Defendants. | Re: Dkt. No. 9 |

The Court has reviewed Magistrate Judge Ryu's Report and Recommendation to Dismiss Complaint without Prejudice for Failure to Prosecute. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is dismissed without prejudice for failure to prosecute. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: March 18, 2021

HAYWOOD S. GILLIAM, JR.
United States District Judge